Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.C.R.S., <br><br> Plaintiff. <br><br> v. <br><br> WILLIAM BARR, *et al.,* <br><br> Defendants. | CASE NO. C20-1565-RAJ-MLP <br><br> STIPULATION AND ORDER TO EXTEND DEADLINES <br><br> **Noted for December 22, 2020** |

**Stipulation**

Attorneys from the United States Attorney's Office for the District of Oregon will be entering appearances on behalf of Defendants in this action. The United States Attorney's Office for the Western District of Washington will be withdrawing from representation of Defendants in this case.

Accordingly, in order to provide new counsel for Defendants time to prepare their defense in this matter, the parties jointly respectfully request a 60-day extension of all initial scheduling deadlines, Dkt No. 7, and the deadline for filing of Defendants' Response to the Complaint, presently due on December 28, 2020.

STIPULATION AND ORDER TO EXTEND DEADLINES- 1
Case No. C20-1565-RAJ-MLP

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The current and proposed deadlines are as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| FRCP 26(f) Conference | December 9, 2020 | February 8, 2021 |
| Initial Disclosures | December 23, 2020 | February 22, 2021 |
| Joint Status Report and Discovery Plan | December 30, 2020 | March 1, 2021 |
| Response to Petition | December 28, 2020 | February 26, 2021 |

Respectfully submitted and presented this 22nd day of December, 2020.

Respectfully submitted,

*/s/ Katherine H. Rich*
Katherine H. Rich, WSBA # 46881
Rich Immigration PC
1207 N 200th St. Suite 214B
Shoreline, WA 98133
Phone (206) 853-4037
E-mail: Katherine@richimmigration.com

*Attorney for Plaintiff*

BRIAN T. MORAN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3832
Fax:    253-428-3826
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED**.

STIPULATION AND ORDER TO EXTEND DEADLINES- 2
Case No. C20-1565-RAJ-MLP

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Dated this 28th day of December, 2020.

2

3  _____
   MICHELLE L. PETERSON
4  United States Magistrate Judge

STIPULATION AND ORDER TO EXTEND DEADLINES- 3
Case No. C20-1565-RAJ-MLP

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800