UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.C.R.S., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BARR et al., <br><br> Defendants. | Case No. C20-1565-RAJ-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On February 3, 2021, the parties notified the Court's Deputy Clerk that this matter was exempt from the Court's Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 7). Upon the Court's review, this matter is exempt from the requirements of Federal Rule of Civil Procedure 26(a) and Federal Rule of Civil Procedure 26(f) as "an action for review on an administrative record." *See* Fed. R. Civ. P. 26(a)(1)(B)(i).

Accordingly, the previous deadlines set in the Court's Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 7), and the previous extension of

MINUTE ORDER - 1

those deadlines (dkt. # 9), are STRICKEN. Defendants' Response to Plaintiff's Complaint remains due on February 26, 2021.

Dated this 5th day of February, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2